

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00875-CV

**IN THE INTEREST OF K.Z.S.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01424
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. No costs are assessed against appellant because she is indigent.

SIGNED March 27, 2024.

Luz Elena D. Chapa, Justice